AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

VERONE JENKINS, JR.,

        Plaintiff

V.

STATE OF NEW JERSEY,

        Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 09-6554(FSH)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, and

☒ The clerk is directed to file the complaint, and

☒    IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐ DENIED, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 22nd day of January, 2010

*[signature]*

Signature of Judicial Officer

Hon Faith S. Hochberg USDJ

Name and title of Judicial Officer